IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RUBEN ALVARADO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | (DIVERSITY) |
| WAL-MART STORES TEXAS, L.L.C., | § | |

**NOTICE OF REMOVAL OF ACTION UNDER**
**28 U.S.C. § 1441(B) (DIVERSITY)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant, **WAL-MART STORES TEXAS, L.L.C.,** hereby removes to this Court the state court action described below.

1. On February 5, 2019, an action was commenced in the County Court at Law No. 6, Hidalgo County, Texas, entitled, *Ruben Alvarado v. Wal-Mart Stores Texas, L.L.C,* in Cause Number CL-19-0790-F. A copy of the suit is *attached hereto as Exhibit A.*

2. The first date upon which Defendant, Wal-Mart Stores Texas, LLC, received a copy of the said complaint was February 26, 2019, when Defendant was served with a copy of the said complaint and a citation from the said State Court. A copy of the citation issued is *attached hereto as Exhibit B.* In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

   **A)** **Plaintiff's Original Petition (with Discovery) and Demand for Jury Trial;**

   **B)** **Copy of Citation issued to Defendant;**

   **C)** **Docket Sheet;**

   **D)** **Defendant's Original Answer and Affirmative Defenses to Plaintiff's Original Petition and Requests for Disclosure; and**

**E)  Defendant's Request for Jury Trial**

In addition and in accordance with the Local Rule, Defendant includes a copy of the docket sheet of the state court matter a copy of which is *attached hereto as **Exhibit C.***

3.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. On February 26, 2019, the Plaintiff served upon the Defendant, Plaintiff's Original Petition with Jury Demand, a copy of which *is attached hereto as **Exhibit A***. In this Original Petition, Plaintiff plead that he is seeking monetary damages in an amount no less than $100,000.00 but no more than $200,000.00. As such, the amount in controversy is in excess of $75,000.00, and removal is appropriate pursuant to 28. U.S. § 1441(b).

4.  Defendant is informed and believes that Plaintiff was and still is a citizen of the State of Texas and resides in, Pharr, Hidalgo County.

5.  Defendant, Wal-Mart Stores Texas, LLC, was, at the time of the filing of this action, and still is a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, and has been served summons and complaint in this action.

6.  Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

7.  Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

8.  Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

9.  Plaintiff and Defendant demanded a jury in the state court suit.

10. For the foregoing reasons, Defendant asks the Court to remove the suit to The United States District Court, Southern District of Texas, McAllen Division.

**DATED:** **March 27, 2019.**

>Respectfully Submitted,
>
>**DAW & RAY, L.L.P.**
>
>*/s/ Jaime A. Drabek*
>**JAIME A. DRABEK,** Attorney-in-Charge
>Federal ID No. 8643
>State Bar No. 06102410
>**RICARDO G. BENAVIDES,** Of Counsel
>Federal ID No. 32205
>State Bar No. 24031735
>**ASHLEY CEDILLO,** Of Counsel
>Federal ID No. 3123218
>State Bar No. 24092236
>3900 N. 10th Street, Suite 950
>McAllen, TX 78501
>Telephone: (956) 687-3121
>Facsimile: (956) 686-3188
>Email: jdrabek@dawray.com
>Email: rbenavides@dawray.com
>Email: acedillo@dawray.com
>
>***ATTORNEYS FOR DEFENDANT,***
>***WAL-MART STORES TEXAS, L.L.C.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served via e-filing Notification of Service on all known counsel of record on **27th day** of **March, 2019,** to-wit:

Georginna Del Valle
Robert L. Perez
**LONCAR ASSOCIATES**
321 S. 12th Street
McAllen, Texas 78501
Email: gdelvalle@brianloncar.com
Email: rperez@brianloncar.com

                                         */s/ Jaime A. Drabek*
                                         Jaime A. Drabek

STATE OF TEXAS             §
                           §           **AFFIDAVIT**
COUNTY OF HIDALGO          §

**BEFORE ME**, the undersigned authority, on this day personally appeared Ashley Cedillo of McAllen, Hidalgo County, Texas, who being by me duly sworn, deposes and says that she is an attorney for Defendant in the present cause filed by Ruben Alvarado; that she has been authorized to make this Affidavit; and that she has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Ashley Cedillo, AFFIANT

**SWORN TO AND SUBSCRIBED** before me on this 27th day of March, 2019.


JENNIFER GARCIA
Notary Public
STATE OF TEXAS
My Comm. Exp. Sept. 8, 2019

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS