Case 7:19-cv-00101   Document 12   Filed on 10/31/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RUBEN ALVARADO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00101 |
| | § | |
| WAL-MART STORES TEXAS, L.L.C., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Now before the Court is a Stipulation of Dismissal filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. No. 11. As the requirements of Rule 41(a)(1)(A)(ii) have been met, the Court hereby **ORDERS** that this case be **DISMISSED** with prejudice.

SO ORDERED this 31st day of October, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge